ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to, BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>  Plaintiff,<br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>  Defendants. | Case No.: 2:16-cv-00316<br><br>**STIPULATION AND ORDER FOR POSTING COST BOND** |

Plaintiff Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

/ /

/ /

/ /

/ /

/ /

/ /

/ /

{37887100;1}                                              1

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by SFR Investments Pool I, LLC as DKT NO. 9, BANA shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 21st day of March 2016

| **AKERMAN LLP** | **HOWARD KIM & ASSOCIATES** |
|---|---|
| */s/ Allison R. Schmidt, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> ALLISON R. SCHMIDT, ESQ. <br> Nevada Bar No.10743 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 <br> *Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.* <br> DIANA CLINE EBRON <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ <br> Nevada Bar No. 10593 <br> 1055 Whitney Ranch Dr. #110 <br> Henderson Nevada 89014 <br> *Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED: that [11] Motion for Demand for Security of Cost is DENIED as MOOT.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 29th day of March, 2016.

{37887100;1}   2