ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
           jesse.ransom@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to, BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., as successor by merger to BAC  HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; and ALEJANDRO FRAGOSO, an individual<br><br>Counter/Cross Defendants. | Case No.:  2:16-cv-00316-RFB-CWH<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff Bank of America, N.A. Successor by merger to BAC Home Loan Servicing, LP, fka Countrywide Home Loans Servicing LP (BANA) hereby provides notice Allison Schmidt, Esq. is no longer associated with the law firm of Akerman LLP.

{40501937;1}

1

**BANA** requests Ms. Schmidt be removed from the CM/ECF service list. Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. and JESSE A. RANSOM, ESQ. receive all future notices.

Respectfully submitted, this 23rd day of January, 2017.

> **AKERMAN LLP**
>
> /s/ *Jesse A. Ransom, Esq.*
> ARIEL E. STERN, ESQ.
> Nevada Bar No. 8276
> JESSE A. RANSOM, ESQ.
> Nevada Bar No. 13565
> AKERMAN LLP
> 1160 Town Center Drive, Suite 330
> Las Vegas, NV 89144
>
> *Attorneys for Plaintiff*

## COURT APPROVAL

IT IS SO ORDERED.

Date: 1/24/17

_____
UNITED STATES MAGISTRATE JUDGE

{40501937;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of January, 2017 service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

| Daniel Hill<br>Gregory P. Kerr<br>Jordan J. Butler<br>Wolf, Rifkin, Shapiro & Schulman<br>3556 E. Russel Road, 2nd Floor<br>Las Vegas, NV 89120 | Diana Cline Ebron<br>Jacqueline A. Gilbert<br>Karen L. Hanks<br>Kim Gilbert Ebron<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 |
|---|---|

/s/ *Renee Livingston*
An employee of AKERMAN LLP

{40501937;1}                3