# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al., <br><br> Defendants. | Case No. 2:16-cv-00316-RFB-CWH <br><br> **ORDER** |

Presently before the court is attorney Steven Loizzi's motion to withdraw as counsel for Alessi & Koenig, LLC (ECF No. 50), filed on June 27, 2018. The motion is unopposed. For good cause shown, the motion is GRANTED.

It appears that Alessi & Koenig, through the bankruptcy trustee and her attorney, does not intend to participate further in this case. *See* ECF No. 50 at 20-21 (correspondence related to other cases instructing that "defaults may be taken"). To the extent that is not true, a notice so indicating must be filed within 14 days. Otherwise, the parties may seek appropriate relief regarding Alessi & Koenig's non-participation once the court lifts the stay currently in place. *See* ECF No. 42.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that attorney Steve Loizzi must serve a copy of this order on the bankruptcy trustee and her counsel and file proof of that service by July 30, 2018.

DATED: July 25, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE