ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Bank of America, N.A., as successor by merger to, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to, BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants | Case No.: 2:16-cv-00316-RFB-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; and ALEJANDRO FRAGOSO, an individual<br><br>Counter/Cross Defendants. | |

46736628;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

PLEASE TAKE NOTICE that Bank of America, N.A., as successor by merger to, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP hereby provides notice that Jesse A. Ransom and Karen A. Whelan are no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. All future correspondence, papers and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and William S. Habdas.

Respectfully submitted, this 18th day of October, 2018.

**AKERMAN LLP**

/s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A., as successor by merger to, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: October 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2018, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** follows

| | |
|---|---|
| Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>Diana S. Ebron, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | Gregory P. Kerr, Esq.<br>Douglas M. Cohen, Esq.<br>Jordan J. Butler, Esq.<br>**Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP**<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, NV 89120<br><br>*Attorneys for Southern Highland Community Association* |
| Steven T. Loizzi, Jr., Esq.<br>HOA Lawyers Group, LLC<br>9500 West Flamingo Rd., Ste. 204<br>Las Vegas, NV 89147<br><br>*Attorney for Alessi & Koenig, LLC* | |

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572