DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to, BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00316-RFB-DJA<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; and ALEJANDRO FRAGOSO, an individual,<br><br>Counter/Cross Defendants. | |

1    PLEASE TAKE NOTICE that Bank of America, N.A., as successor by merger to BAC
2  Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP ("BANA") and SFR
3  Investments Pool 1, LLC ("SFR") have reached a global settlement involving multiple properties,
4  including the Property at issue in this case. The settlement will resolve all claims between SFR
5  and BANA.
6    Based on the confidential settlement agreement, BANA and SFR have agreed to stay the
7  litigation to allow for the parties to perform a condition precedent to the settlement. This will also
8  provide an opportunity for BANA to discuss the potential for settlement as to its claims against
9  Southern Highlands Community Association (the "Association").
10 Accordingly, BANA, SFR and the Association (collectively the "Parties") hereby stipulate to
11 vacate the current dispositive motion deadline of June 8, 2020, and to stay further proceedings in
12 this case for ninety (90) days to finalize the settlement. The Parties agree that any party may move
13 to lift the stay before the expiration of the ninety days if they determine the circumstances justify
14 doing so.

16 …

18 …

20 …

22 …

24 …

26 …

28 …

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

The parties further request the court set a deadline for filing a status report regarding the settlement for ninety (90) from the entry of this Stipulation and Order. This request to stay is being made in the interest of preserving judicial resources and, as set forth above, on the basis of a material term of the Settlement Agreement.

| DATED this 8th day of June, 2020. | DATED this 8th day of June, 2020. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| */s/ Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>E-mail: jackie@kgelegal.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>E-mail: melanie.morgan@akerman.com<br>E-mail: lilith.xara@akerman.com<br><br>*Attorneys for Bank of America, N.A.* |
|  | DATED this 8th day of June, 2020.<br><br>**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP**<br><br>*/s/ Douglas M. Cohen*<br>GREGORY P. KERR, ESQ.<br>Nevada Bar No. 10383<br>JORDAN J. BUTLER, ESQ.<br>Nevada Bar No. 10531<br>DOUGLAS M. COHEN, ESQ.<br>Nevada Bar No. 1214<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120<br><br>*Attorneys for Southern Highlands Community Association* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of June, 2020.