ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for Bank of America, N.A., as sucessor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br>v.<br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC;<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br>v.<br>BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; and ALEJANDRO FRAGOSO, an individual,<br><br>Counter/Cross Defendants. | Case No.: 2:16-cv-00316-RFB-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

/ / /

1

54227073;1

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq., is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

Akerman LLP continues to serve as counsel for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Lilith V. Xara, Esq.

DATED this 14th day of August, 2020

**AKERMAN LLP**

/s/ *Lilith V. Xara*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED.
DATED: August 17, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00316-RFB-DJA

2

54227073;1