DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
Email: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to, BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00316-RFB-CWH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY (SECOND REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; and ALEJANDRO FRAGOSO, an individual,<br><br>Counter/Cross Defendants. | |

Attorneys for Bank of America, N.A., as successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP ("BANA"), SFR Investments Pool 1,

LLC (SFR) and Southern Highlands Community Association ("HOA"), by and through their counsel of record, stipulate and agree to continue the stay of proceedings for an additional 90 days. In support of this stipulation, the parties represent as follows:

1. On June 8, 2020, the parties filed a stipulation and order to vacate the dispositive motion deadline and continue the already existing stay of litigation for 90 days.

2. As part of the stipulation, the parties indicated BANA and SFR had reached a settlement in principle, which had been executed, but required additional time for SFR to perform a condition precedent to the settlement.

3. The property in this case is part of a more global settlement between BANA and SFR, involving a significant number of cases. Due to the COVID-19 pandemic, the parties to the settlement have agreed to extend the time for performance.

4. The parties therefore agree to continue the stay of proceedings for 90 days. This will afford BANA and SFR additional time to finalize the settlement without incurring extra expenses or burdening the court. Additionally, this will allow time for settlement discussion to continue between BANA and the HOA. The parties are aware of the extended time resolving this matter has taken and appreciate the court's patience.

5. The parties agree any party may move to lift the stay during the 90 days this matter is stayed pursuant to this stipulation. The parties further reserve the right to stipulate to lift the stay during the 90 days the matter is stayed pursuant to this stipulation.

…

…

…

6. This is the parties' second request for a stipulation to continue the stay of proceedings and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of September, 2020.

| **KIM GILBERT EBRON**<br><br>*/s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | **AKERMAN LLP**<br><br>*/s/ Lilith V. Xara*<br>MEALNIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Bank of America, N.A., as successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP* |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP**<br><br>*/s/ Gregory P. Kerr*<br>GREGORY P. KERR, ESQ.<br>Nevada Bar No. 10383<br>JORDAN J. BUTLER, ESQ.<br>Nevada Bar No. 10531<br>DOUGLAS M. COHEN, ESQ.<br>Nevada Bar No. 1214<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120<br>*Attorneys for Southern Highlands Community Association* | |

## ORDER

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the litigation stay is continued for an additional 90 days. The parties are to file a status report within 90 days of the issuance of this order.

**DATED** this 8th day of September, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE