ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., as sucessor by merger*
*to BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.: 2:16-cv-00316-RFB-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF BANK OF AMERICA, N.A.'S CLAIMS AND SFR INVESTMENTS POOL 1, LLC'S COUNTERCLAIMS AND TO RELEASE LIS PENDENS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; and ALEJANDRO FRAGOSO, an individual,<br><br>Counter/Cross Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**), defendant Southern Highlands Community Association and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC (**SFR**) stipulate to dismiss, with prejudice, (**1**) BANA's claims against all defendants and (**2**) SFR's counterclaims against BANA, each party to bear its own attorneys' fees and costs. This stipulation leaves SFR's cross-claim against cross-defendant Alejandro Fragoso as the only remaining claim in this case, which is subject to a pending unopposed motion for default judgment [ECF No. 91].

BANA and SFR further stipulate the lis pendens recorded with the Clark County Recorder on February 18, 2016, as Instrument No. 20160218-0001074, in relation to this action is release. The release affects title to the real property legally described as:

PARCEL ONE:

LOT 50 IN BLOCK 1 OF PARCEL 237 AT SOUTHERN HIGHLANDS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 108 OF PLATS, PAGE 60 IN THE OFFICE OF THE COUNTY RECORDED OF CLARK COUNTY, NEVADA AND AS AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED MAY 15, 2003 IN BOOK 20030515 AS INSTRUMENT NO. 1362, IN THE OFFICE OF THE COUNTY RECORDED, CLARK COUNTY, NEVADA.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND USE AND ENJOYMENT AND PUBLIC UTILITIES ON, OVER AND ACROSS THE PRIVATE STREETS AND COMMON AREAS ON THE MAP REFERENCED HEREINABOVE, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE,

///
///
///
///
///
///
///
///
///

AKERMAN LLP
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA, 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

and more particularly described in the official records of Clark County as A.P.N. 177-31-815-050.

DATED this 7th day of December, 2020.

**AKERMAN LLP**

/s/ Scott R. Lachman
ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Attorneys for plaintiff and counter-defendant
Bank of America, N.A., as successor by merger
to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing, LP

**KIM GILBERT EBRON**

/s/ Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

Attorneys for defendant, counterclaimant and
cross-claimant SFR Investments Pool 1, LLC

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP**

/s/ Gregory P. Kerr
GREGORY P. KERR, ESQ.
Nevada Bar No. 10383
JORDAN J. BUTLER, ESQ.
Nevada Bar No. 10531
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

Attorneys for defendant Southern Highlands
Community Association

## IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 8th day of December, 2020.