AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BANK of AMERICA N.A.,

            Plaintiff,

v.

SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al.,

           Defendants.

**DEFAULT JUDGMENT**

Case Number: 2:16-cv-00316-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of SFR Investments Pool 1, LLC against Alejandro Fragoso.

1/12/2021
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk